## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| JULIO AGUILAR, ) | |
| ) | |
| Plaintiff, ) | Case No. 5:15-cv-00654-FB |
| ) | |
| v. ) | |
| ) | |
| VIKING CLIENT SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, JULIO AGUILAR, by and through his undersigned counsel, hereby dismisses the above-captioned proceeding against Defendant, VIKING CLIENT SERVICES, INC., with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. An answer has not been filed.

Dated: September 28, 2015              By:   /s/ Jeanne Morales
                                             Attorney for Plaintiff

Jeanne Morales
Attorney for Plaintiff
Texas Attorney No. 24002640
Allen Chern Law, LLC
701 B West Indiana
Midland, TX 79702
Phone: (432) 682-8855
Fax: (432) 682-8857
jeanne@jeannemorales.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on September 28, 2015, a copy of the foregoing Notice of Dismissal with Prejudice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ Jeanne Morales
Attorney for Plaintiff